Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | Edward A. Bobrick |
|---|---|---|---|
| **CASE NUMBER** | 01 C 3061 | **DATE** | 5/31/2001 |
| **CASE TITLE** | Alan C. Schaefer vs. State of Illinois | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
   ☐ FRCP4(m)   ☐ General Rule 21   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Report and Recommendation recommending that plaintiff's motion for preliminary and permanent injunction against the State of Illinois, together with his complaint be dismissed is hereby entered of record. All matters relating to the referral of this action having been resolved, the case is returned to the assigned judge.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | |
|---|---|---|---|
| | No notices required, advised in open court. | 2 | Document Number |
| | No notices required. | number of notices | |
| ✓ | Notices mailed by judge's staff. | MAY 3 1 2001 | |
| | Notified counsel by telephone. | date docketed | 4 |
| | Docketing to mail notices. | docketing deputy initials | |
| | Mail AO 450 form. | | |
| ✓ | Copy to judge/magistrate judge. | 5/31/2001 | |
| TH ✓ | courtroom deputy's initials | FILED FOR DOCKETING 01 MAY 31 PM 4:12 | date mailed notice TH |
| | | Date/time received in central Clerk's Office | mailing deputy initials |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| ALAN C. SCHAEFER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 01 C 3061 |
| | ) | |
| STATE OF ILLINOIS, | ) | |
| | ) | |
| Defendant. | ) | |

HONORABLE RONALD A. GUZMAN, JUDGE
UNITED STATES DISTRICT COURT

HONORABLE JUDGE:

## REPORT AND RECOMMENDATION
### of Magistrate Judge Edward A. Bobrick

Before the court is the motion of plaintiff Alan Schaeffer for a preliminary and permanent injunction against defendant State of Illinois.

Plaintiff's motion essentially asks that this court overturn an order of a Cook County Circuit Court Judge. This magistrate judge hereby recommends that this action be dismissed *sua sponte* for lack of jurisdiction. Under the *Rooker-Feldman* doctrine -- derived from *Rooker v. Fidelity Trust Co.*, 263 U.S. 413, 44 S.Ct. 149 (1923) and *District of Columbia Court of Appeals v. Feldman*, 460 U.S. 462, 103 S.Ct. 1303 (1983) – lower federal courts are precluded from exercising jurisdiction over claims seeking review of state court judgments or over claims that are 'inextricably intertwined' with state



court determinations. *4901 Corp. v. Town of Cicero*, 220 F.3d 522, 527 (7th Cir. 2000); *Remer v. Burlington Area Sch. Dist.*, 205 F.3d 990, 996 (7th Cir.2000). As a result, litigants who feel a state proceeding has violated their constitutional rights must pursue appellate review in their state courts, and perhaps as far as the Supreme Court. *Young v. Murphy*, 90 F.3d 1225, 1230 (7th Cir. 1996). Here, the face of the motion reveals plaintiff has failed to pursue any state appellate remedy. Accordingly, his motion, together with his complaint, must be dismissed.

## CONCLUSION

For the foregoing reasons, it is hereby recommended that the plaintiff's motion for preliminary and permanent injunctions, together with his complaint, be DISMISSED.

Respectfully submitted,

*[signature]*

**EDWARD A. BOBRICK**
**United States Magistrate Judge**

**DATE:** May 31, 2001

Any objections to this Report and Recommendation must be filed with the Clerk of the Court within ten (10) days of receipt of this notice. Failure to file objections within the specified time waives the right to appeal the District Court's order. Fed.R.Civ.P. 72; *Thomas v. Arn*, 474 U.S. 140 (1985); *Lorentzen v. Anderson Pest Control*, 64 F.3d 327, 330 (7th Cir. 1995).

| Copies to: | Alan C. Schaefer | Attorney General's Office |
| --- | --- | --- |
| | 25835 N. Oak Hill | 100 W. Randolph Street, 12th fl |
| | Barrington, IL 60010 | Chicago, IL 60601 |

On May 31, 2001, a copy of this Report and Recommendation was mailed to each of the above listed attorneys.

*Theresa Hammonds*
Theresa Hammonds
Courtroom Deputy